CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **15031 7th Street, LLC**, a California Limited Liability Company; **John's Tireman Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No.** 5:18-cv-00191-RGK-KK <br><br> **Plaintiff's Response to Order to Show Cause** |

## DECLARATION OF DENNIS PRICE

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

1

3. On June 13, 2018, an Order to Show Cause ("OSC") was filed ordering plaintiff why this action should not be dismissed for lack of prosecution against Defendant 15031 7th Street, LLC.

4. Prior the issuance of this OSC, counsel for Defendant reached out to the Plaintiff to reach an agreement on an extension of time to answer. Approval for the filing of this document was given on June 12, 2018.

5. On June 13, 2018, the Defendant filed the Joint Stipulation Extending Time to Answer the complaint. By rule, their time to answer has been reset and a default would be premature.

6. Is it respectfully requested that the court discharge the Order to Show Cause and allow the Defendants to answer the complaint per the terms of the stipuation.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: June 18, 2018                           CENTER FOR DISABILITY ACCESS

                                               By: _/s/Dennis Price_
                                               Dennis Price, Esq.
                                               Attorney for Plaintiff